# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Jodi Pinasco, individually and as Special Administratix of the Estate of Jason Pinasco, Deceased, and as next friend for Amanda Pinasco, and Robyn Pinasco, ) ) ) ) ) Plaintiffs, ) ) vs. ) ) Zavana, LLC, et. al., ) ) Defendants. ) | **ORDER** Case No. 4:14-cv-086 |

The court had scheduled a status conference for the remaining parties on July 10, 2015, at 2:30 p.m. The conference shall be rescheduled for July 16, 2015, at 3:00 PM CDT. Anyone wishing to participate in the conference call should call the following number and enter the access code:

Tel. No. (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 9th day of July, 2015.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr., Magistrate Judge
                                                          United States District Court